RICHARD A. SCHONFELD, ESQ.
Nevada Bar No.: 68152
CHESNOFF & SCHONFELD
520 S. Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorney for Defendant, RANDY MOORAD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | 2:10-mj-00604-GWF |
| ) | |
| vs. ) | |
| ) | |
| RANDY MOORAD ) | |
| ) | |
| Defendant. ) | |

### SUBSTITUTION OF ATTORNEY

I, **RANDY MOORAD**, do hereby request that **RICHARD A. SCHONFELD, ESQ.**, be substituted in as Attorney of Record in the place and stead of **WILLIAM CARRICO**.

DATED this 27th day of August, 2010.

_____
RANDY MOORAD

I, **RICHARD A. SCHONFELD, ESQ.**, do hereby consent to act as the above-named attorney of Record for **RANDY MOORAD** in place and stead of the **WILLIAM CARRICO, ESQ.**

DATED this 30th day of August, 2010.

_____
RICHARD A. SCHONFELD, ESQ.

**WILLIAM CARRICO, ESQ.**, does hereby consent to the substitution of **RICHARD A. SCHONFELD, ESQ.**, as Attorney of Record for the above named Defendant, **RANDY MOORAD**, in my place and stead.

DATED this ___30___ day August, 2010.

_____
WILLIAM CARRICO, ESQ.

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:    August 31, 2010**

2